# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBIN M. LEE,
Appellant,

vs.

ALICIAS MOTEL, A/K/A DORA AND SON, LLC,
Respondent.

No. 72756

FILED

MAY 05 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order vacating a hearing, denying appellant's motion for summary judgment and motion to strike; denying respondent's motion to dismiss the complaint; and denying appellant's motion for reconsideration. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals jurisdictional defects. Specifically, it appears that the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties. *See* NRAP 3A(b)(1). A final judgment is one that disposes of the issues presented in the case and leaves nothing for the future consideration of the court except for post-judgment issues. *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000). An order denying summary judgment or a motion to dismiss is not a final judgment. *D.R. Horton, Inc. v. Dist. Ct.*, 125 Nev. 449, 454, 215 P.3d 697, 700 (2009) (*citing GES, Inc. v. Corbitt*, 117 Nev. 265, 268, 21 P.3d 11, 13 (2001)). Finally, an order denying a motion to strike or vacating a hearing date is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by

statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984).

We conclude that we lack jurisdiction, and we ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Joseph Hardy, Jr., District Judge
Robin M. Lee
Bryan D. Ali
Eighth District Court Clerk